Garrett Charity (Bar #285447)
Garrett.Charity@McCarthyLawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251
Phone: 602-456-8900
Fax: 602-218-4447

Attorney for Plaintiff
Cassandra Arvizu

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA ARVIZU,<br><br>        Plaintiff,<br><br>v.<br><br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>        Defendants. | Case No.: 5:21-cv-01096-PA-SP<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1), notice is hereby given that Defendant may be dismissed with prejudice, with the parties to bear their own fees and costs.

Respectfully submitted September 17, 2021

MCCARTHY LAW, PLC

By: */s/ Garrett Charity*
Garrett Charity, Esq.
Attorneys for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Garrett Charity*